# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3795

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Howard Lane, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 16, 2002

Filed: April 19, 2002

_____

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Following a hearing, the district court[1] ordered Howard Lane committed under 18 U.S.C. § 4245 to the custody of the Attorney General, for hospital care and treatment in a suitable facility until treatment is no longer needed or his sentence expires, whichever occurs first. Mr. Lane appeals. Having carefully reviewed the

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

record, we are satisfied that the district court's findings as to Mr. Lane's condition are not clearly erroneous.  See 18 U.S.C. § 4245(d) (burden of proof); United States v. S.A., 129 F.3d 995, 1000 (8th Cir. 1997) (standard of review), cert. denied, 523 U.S. 1011 (1998).  Accordingly, we affirm.

Additionally, we grant counsel's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.